# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: |
| Jose Barriga | 25-3382MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. § 1951 and 18 U.S.C. § 924(c)(1)(A), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer for the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

_Patrick E. Chapman_
Digitally signed by PATRICK CHAPMAN
Date: 2025.10.02 09:26:53 -07'00'

TFO Raymond Pauwels, FBI
Name of Complainant

Raymond Pauwels
Digitally signed by Raymond Pauwels
Date: 2025.10.02 09:18:12 -07'00'

Signature of Complainant

Sworn to telephonically before me

October 2, 2025                        at      Phoenix, Arizona
Date                                                  City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer

_M Morrissey_
Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1
### Hobbs Act Robbery

On August 20, 2025, in the District of Arizona, Defendant JOSE BARRIGA did unlawfully obstruct, delay, and affect commerce, as defined in 18 U.S.C. § 1951(b) and the movement of articles and commodities in such commerce, by robbery as defined in 18 U.S.C. § 1951(b), in that Defendant JOSE BARRIGA did unlawfully take and obtain personal property consisting of United States currency from the person of or in the presence of the owner or possessor of the property of Circle K store, located at 5350 N. 27th Avenue, Phoenix, Arizona, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person and the property in his/her custody and possession.

In violation of Title 18, United States Code, Section 1951.

### COUNT 2
### Using, Carrying, Brandishing, and
### Discharging a Firearm During and in Relation to a Crime of Violence

On August 20, 2025, in the District of Arizona, Defendant JOSE BARRIGA did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Hobbs Act Robbery as alleged in Count 1, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

**Hobbs Act Robbery**

On August 21, 2025, in the District of Arizona, Defendant JOSE BARRIGA did unlawfully obstruct, delay, and affect commerce, as defined in 18 U.S.C. § 1951(b) and the movement of articles and commodities in such commerce, by robbery as defined in 18 U.S.C. § 1951(b), in that Defendant JOSE BARRIGA did unlawfully take and obtain personal property consisting of United States currency from the person of or in the presence of the owner or possessor of the property of Shell Gas Station located at 3502 W. Cactus Road, Phoenix, Arizona 85029, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person and the property in his/her custody and possession.

In violation of Title 18, United States Code, Section 1951.

## COUNT 4

**Using, Carrying, Brandishing, and**

**Discharging a Firearm During and in Relation to a Crime of Violence**

On August 21, 2025, in the District of Arizona, Defendant JOSE BARRIGA did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Hobbs Act Robbery as alleged in Count 3, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Task Force Officer Raymond Pauwels, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective with the City of Phoenix Police Department and a Task Force Officer with the Federal Bureau of Investigation's ("FBI") Bank Robbery/Violent Crimes Task Force (the "Task Force"). I have been an officer with the City of Phoenix for approximately 27 years, a Detective for 7 years, and assigned to the Task Force since May 2020. Prior to being assigned to the Task Force, I was assigned to the Violent Crimes Bureau/Robbery Unit with the Phoenix Police Department.

2. The facts in this Statement of Probable Cause come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Statement of Probable Cause is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth below, there is probable cause that Jose BARRIGA committed the crimes of 18 U.S.C. § 1951, Hobbs Act Robbery, and 18 U.S.C. § 924(c)(1)(A), Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence.

### PROBABLE CAUSE

4. On August 20 and August 21, 2025, a male subject robbed two gas station convenience stores in Phoenix. The robberies were committed by a single male suspect, referred to as SUSPECT-1 throughout this Statement of Probable Cause. The investigation identified SUSPECT-1 as Jose BARRIGA. The robbery incidents are described below and involve nationally known businesses that sell goods in interstate commerce.

## Robbery #1 – August 20, 2025
## Circle K, 5350 N. 27th Avenue, Phoenix, Arizona

5.  On August 20, 2025 at approximately 12:50 a.m., SUSPECT-1 entered the Circle K store at 5350 N. 27th Avenue in Phoenix wearing a black ballcap, red gaiter-style mask, dark-colored button-down, long-sleeve, collared shirt, black denim jeans, and black athletic shoes. SUSPECT-1 approached the victim cashier and produced a black semi-automatic handgun from the front of his pants, racked the slide, and pointed it at the victim who was behind the counter. SUSPECT-1 demanded the cash drawer from the register. The victim hesitated and SUSPECT-1 again demanded the cash tray. The victim complied and handed SUSPECT-1 the cash tray. SUSPECT-1 took the cash tray and exited the store, walking west on Missouri Avenue. SUSPECT-1 obtained $68 in cash from this robbery. SUSPECT-1 was described as a Hispanic male, 20-30 years old, six feet tall, approximately 200 pounds with a heavy build.

6.  Surveillance video from Circle K shows SUSPECT-1 entering the store and immediately removing a black handgun from the front of his pants. The video shows SUSPECT-1 racking the slide and pointing the firearm at the victim employee. SUSPECT-1 then moves closer to the victim employee who hands SUSPECT-1 the cash tray. SUSPECT-1 then exits the store with the tray and currency out of camera view. Based on my training and experience, the fact that SUSPECT-1 racked the slide on the firearm indicates that he possessed and brandished an actual firearm.

## Robbery #2 – August 21, 2025
## Shell Gas Station, 3502 W. Cactus Road, Phoenix, Arizona

7.  On August 21, 2025 at approximately 2:30 a.m., SUSPECT-1 entered the Shell Gas Station located at 3502 W. Cactus Road in Phoenix wearing a black hat, red pull-up mask (victim's description), dark-colored long-sleeve shirt, black pants, and black shoes with light-colored accents. SUSPECT-1 was holding a handgun when he entered the store. SUSPECT-1 approached the victim employee, pointed the handgun at him, and verbally

demanded all the money from the cash drawer. SUSPECT-1 walked behind the sales counter as the victim employee complied and removed currency from the cash drawer. SUSPECT-1 then exited the store and fled on foot.

8.     SUSPECT-1 was described as a Hispanic male, 30 years old, 5'9" to 5'10" tall, and approximately 160 pounds. The handgun was described as a black, semi-automatic handgun with a vent port on top.

9.     Surveillance video from Shell shows SUSPECT-1 entering the store and approaching the victim employee who is cleaning the floor. SUSPECT-1 points a black handgun at the employee's face and escorts him behind the sales counter. SUSPECT-1 also appeared to again rack the slide of the firearm, but the full picture is not visible due to the camera angle. He then orders the victim employee to open the cash register. SUSPECT-1 removes the cash drawer and walks back to the customer side of the counter and removes the currency from the drawer, demanding a bag to put the stolen cash in. SUSPECT-1 then exits the store and flees on foot. SUSPECT-1 stole approximately $400 in cash in Robbery #2.

10.    On August 21, 2025, investigators contacted the owner of the Shell seeking video footage that was not available earlier in the morning. The owner had reviewed surveillance footage and told investigators that he recognized SUSPECT-1 as a regular customer who had been in the store the day prior (August 20) wearing some of the same clothing but without the face mask. The owner indicated that SUSPECT-1 normally drives a black Jeep Cherokee and often purchases fuel at his store. The owner did not know the name of SUSPECT-1. The owner provided surveillance footage showing the person he believed to be SUSPECT-1.

11.    Based on this information, investigators contacted the Phoenix Police Department Desert Operations Center (PPD DOC) who operates and assists with surveillance cameras located at intersections within the city. Investigators requested that

PPD DOC check camera footage at the intersections near the robbery incidents for a black Jeep Cherokee near the times of each incident.

12. PPD DOC located a black Cherokee at 27th Avenue and Missouri Avenue – the location of Robbery #1 – at 12:40 a.m., approximately 10 minutes prior to that robbery. The vehicle was displaying Arizona license plate 0WA24W. PPD DOC also located the same black Cherokee on August 20 at the intersection of 28th Avenue and Cactus Road during the afternoon when SUSPECT-1 was in the Shell Gas Station with no mask on wearing similar clothing.

13. Investigators researched the black Jeep Cherokee with Arizona license plate 0WA24W and found the registered owner to be Jose BARRIGA, DOB: 1974. Investigators then compared the Arizona driver license photo of BARRIGA to surveillance photos of SUSPECT-1 and they appeared to be the same person.

14. On September 3, 2025, investigators located the black Jeep Cherokee at the Spectra Apartments, located at 6033 W. Bethany Home Road in Glendale, Arizona. The vehicle was parked in space 23. Surveillance detectives contacted the management of Spectra Apartments and learned that space 23 belongs to apartment 205. Management identified the registered occupant of apartment 205 as Magdalena Pena, who has family with the last name, "Barriga."

15. During surveillance on September 3, investigators saw a male subject exit apartment 205 and identified him as SUSPECT-1, Jose BARRIGA. Investigators also learned from license plate reader hits that the black Jeep Cherokee has been parked at the Spectra Apartments several nights during the months of August and September 2025. Over the same time period, the black Jeep Cherokee has hit on license plate readers at 59th Avenue and Bethany Home Road numerous times.

16. Investigators attempted to further identify BARRIGA by locating his phone number. In doing so, investigators found a telephone number BARRIGA provided to

Phoenix Police in an unrelated incident on May 7, 2025. The phone number was 602-592-0641.

17.     On September 17, 2025, investigators conducting surveillance at 6033 W. Bethany Home Road observed BARRIGA in the parking lot working on the black Jeep Cherokee. While surveilling BARRIGA in the parking lot, investigators sent a text message to the 0641 number inquiring about mechanical work. BARRIGA responded to the text message with investigators watching.

18.     BARRIGA then immediately called investigators back from the 0641 number, identified himself as Jose, and inquired about what kind of work was needed. This call took place with investigators watching BARRIGA in the parking lot.

19.     Additional research into BARRIGA revealed that he has served time in the Arizona Department of Corrections for Attempted Murder, Aggravated Taking Identity of Another, and Unlawful Use of Means of Transportation. He served 21 years in prison for the Attempted Murder conviction. BARRIGA's entry on the Arizona Department of Corrections website lists his height at 5'11" and weight at 190 pounds.

20.     On September 24, 2025, United States Magistrate Judge Eileen S. Willett authorized search warrant 25-9418MB for call detail records associated with the 0641 number. The records showed the number as registered to Melissa Shirk, who was identified as BARRIGA'S girlfriend at the time. When plotted, the records showed the cellular device associated with the 0641 number in the general areas of both robberies at the time of the robberies. Additionally, and consistent with the Shell manager's statement, the records showed the device in the area of the Shell station the day before Robbery #2.

21.     On September 30, 2025 at approximately 3:30 a.m., the black Jeep Cherokee was repossessed by AJR 360 Auto Recovery in Phoenix. The vehicle was towed to 3710 W. Grand Avenue, Phoenix, Arizona 85019. Later on September 30, United States Magistrate Judge Michael T. Morrissey authorized search warrant 25-3366MB to search the repossessed Cherokee. Inside, investigators found various clothing, some of which

appeared similar to clothing used in the robberies (i.e., the hat, shoes, and red face covering).

22. On September 30, 2025, investigators also learned that BARRIGA had moved. Investigators noticed the Jeep Cherokee registered to BARRIGA had not been at the 6033 W. Bethany Home Road address since September 23 according to GPS records obtained from a state vehicle tracker warrant. Investigators found that the vehicle had been parked at 4731 E. Belleview Street, Phoenix, Arizona 85008 each night since September 24, 2025 until it was repossessed from that location on September 30, 2025 at 3:30 a.m.

23. On September 30, 2025, investigators began surveillance at the Belleview address and located BARRIGA. Investigators witnessed BARRIGA let himself in and out of the residence numerous times, changing clothes at one point.

24. On October 1, 2025, Phoenix Police contacted and arrested BARRIGA at 5146 E. McDowell Road without incident. BARRIGA was transported to Phoenix PD headquarters for an interview. Post-*Miranda*, BARRIGA verified his cellular phone number of 602-592-0641 and said he has had the phone for two years. BARRIGA said he was the sole owner of the 2015 Jeep Cherokee and purchased it one year ago.

25. BARRIGA identified himself in a surveillance photo from the Shell store on August 20, 2025 and said he is a regular customer. He denied any involvement in the armed robberies but had no explanation as to why his cellular phone and vehicle were present at the robberies. BARRIGA admitted to using fentanyl pills or blues but said he has been clean for two weeks.

26. Shortly after BARRIGA's arrest, investigators served federal search warrant 25-3375MB at the Belleview address, which was authorized by United States Magistrate Judge Michael T. Morrissey. Inside the residence, which was found to belong to a new girlfriend, investigators found a bb gun in a hallway closet and a Canik, semiautomatic, 9 mm pistol in a bedroom closet.

## CONCLUSION

27. For these reasons, I submit there is probable cause that JOSE BARRIGA committed the crimes of 18 U.S.C. § 1951, Hobbs Act Robbery, and 18 U.S.C. § 924(c)(1)(A), Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence.

28. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Respectfully submitted,

Raymond Pauwels
Digitally signed by Raymond Pauwels
Date: 2025.10.02 09:18:54 -07'00'

RAYMOND PAUWELS
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on this 2 day of October, 2025.

M Morrissey

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE